Certificate Number: 17082-PAE-DE-032977206

Bankruptcy Case Number: 19-13578



17082-PAE-DE-032977206

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 17, 2019, at 6:40 o'clock AM MST, KIMBERLY E DEWALD completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  June 17, 2019                By:   /s/Orsolya K Lazar

                                    Name: Orsolya K Lazar

                                    Title: Executive Director