# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE | CHAPTER 13 |
| KIMBERLY E. DEWALD | CASE NO: 19-13578ELF |
| Debtor | |

## ORDER

AND NOW, this 24th day of June, 2019, upon consideration of the Motion for Extension of Time to File Schedules and Other Documents, after notice and hearing;

IT IS **ORDERED**, that the Motion is **GRANTED**. Debtor shall have until **July 1, 2019**, to file the missing documents.

_____
Eric L. Frank
United States Bankruptcy Judge