IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | : | |
|---|---|---|
| IN RE | : | CHAPTER 13 |
| | : | |
| KIMBERLY E. DEWALD | : | CASE NO: 19-13578ELF |
| | : | |
| Debtor | : | |
| | : | |
| | : | |
| _____ | : | |

# ORDER

AND NOW, this   2nd   day of July, 2019, upon consideration of the Second Motion for Extension of Time to File Schedules and Other Documents, after notice and hearing;

IT IS ORDERED, that the Motion is **GRANTED**. Debtor shall have until **July 6, 2019**, to file the missing documents. NO FURTHER REQUESTS WILL BE GRANTED.

_____
Eric L. Frank
United States Bankruptcy Judge