United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                          Case No. 19-13578-elf
Kimberly E. DeWald                                              Chapter 13
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Virginia          Page 1 of 1          Date Rcvd: Jul 02, 2019
                             Form ID: pdf900          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 04, 2019.
db            +Kimberly E. DeWald,    3400 Lester Rd,    Philadelphia, PA 19154-1442

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                          TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 04, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 2, 2019 at the address(es) listed below:
          ALFONSO G. MADRID   on behalf of Debtor Kimberly E. DeWald alfonsomadridlawECF@gmail.com
          REBECCA ANN SOLARZ   on behalf of Creditor   PENNSYLVANIA HOUSING FINANCE AGENCY
           bkgroup@kmllawgroup.com
          United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.   ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                          TOTAL: 4

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |  |
|---|---|---|
| IN RE | : | CHAPTER 13 |
|  | : |  |
| KIMBERLY E. DEWALD | : | CASE NO: 19-13578ELF |
|  | : |  |
| Debtor | : |  |
|  | : |  |
|  | : |  |
|  | : |  |
| _____ | : |  |

## ORDER

AND NOW, this   2nd        day of July, 2019, upon consideration of the Second Motion

for Extension of Time to File Schedules and Other Documents, after notice and hearing;

IT IS ORDERED, that the Motion is **GRANTED**.  Debtor shall have until **July 6, 2019**, to

file the missing documents.  NO FURTHER REQUESTS WILL BE GRANTED.


_____
Eric L. Frank
United States Bankruptcy Judge