**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE | : | CHAPTER 13 |
| | : | |
| KIMBERLY E. DEWALD | : | CASE NO: 19-13578ELF |
| | : | |
| Debtor | : | |
| | : | |
| | : | |

## CERTIFICATION OF NO PAY ADVICES

Debtor hereby declares and certifies that Debtor has no pay advices for the 60 days prior to the Petition Date due to the fact that Debtor bartends for cash tips only.

Debtor declares, under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____
Kimberly E. Dewald