# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

    Chapter 13

    Bankruptcy No. 19-13578-ELF

KIMBERLY E DEWALD

3400 LESTER RD

PHILADELPHIA, PA 19154-

    Debtor

## **CERTIFICATE OF SERVICE**

    **AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

  Debtor(s), at the address listed, by first class mail.

    KIMBERLY E DEWALD

    3400 LESTER RD

    PHILADELPHIA, PA 19154-

Counsel for debtor(s), by electronic notice only.

    ALFONSO G MADRID, ESQ.
    757 SOUTH 8TH ST

    PHILADELPHIA, PA 19147-

Date: 8/27/2019

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee