**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>KIMBERLY E DEWALD | Chapter 13 |
| Debtor | Bankruptcy No. 19-13578-ELF |

# O R D E R

AND NOW, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**Date: December 3, 2019**

_____
Eric L. Frank
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
ALFONSO G MADRID, ESQ.
757 SOUTH 8TH ST

PHILADELPHIA, PA 19147-

Debtor:
KIMBERLY E DEWALD

3400 LESTER RD

PHILADELPHIA, PA 19154-