United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                      Case No. 19-13578-elf
Kimberly E. DeWald                                                          Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2        User: Virginia            Page 1 of 2                    Date Rcvd: Dec 03, 2019
                            Form ID: pdf900           Total Noticed: 17

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 05, 2019.
db             +Kimberly E. DeWald,    3400 Lester Rd,    Philadelphia, PA 19154-1442
14352584        Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
14335979       +First Premier Bank,    PO Box 5524,    Sioux Falls, SD 57117-5524
14339669       +PENNSYLVANIA HOUSING FINANCE AGENCY,     c/o Rebecca A Solarz, Esquire,    KML Law Group, P.C.,
                 701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
14335981       +Philadelphia Gas Works,    800 W. Montgomery Ave.,    Philadelphia, PA 19122-2898
14335982       +Philadelphia Water Revenue Dept.,    1401 JFK Blvd,    Philadelphia, PA 19102-1617

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov Dec 04 2019 03:42:31      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 04 2019 03:42:17
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Dec 04 2019 03:42:26      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             +E-mail/PDF: gecsedi@recoverycorp.com Dec 04 2019 03:51:44      Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14335980        E-mail/Text: blegal@phfa.org Dec 04 2019 03:42:22      Pennsylvania Housing Finance Agency,
                 Attn: Bankruptcy,    Po Box 8029,    Harrisburg, PA 17105
14371704        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 04 2019 04:05:45
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
14359400       +E-mail/Text: blegal@phfa.org Dec 04 2019 03:42:22      Pennsylvania Housing Finance Agency,
                 211 North Front Street,    Harrisburg, PA 17101-1406
14371873        E-mail/PDF: resurgentbknotifications@resurgent.com Dec 04 2019 03:51:49
                 Pinnacle Credit Services, LLC,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
14335983       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 04 2019 03:52:23
                 Portfolio Recovery,    Po Box 41021,    Norfolk, VA 23541-1021
14358567       +E-mail/Text: JCAP_BNC_Notices@jcap.com Dec 04 2019 03:42:24      Premier Bankcard, Llc,
                 Jefferson Capital Systems LLC Assignee,    Po Box 7999,    Saint Cloud Mn 56302-7999
14336850        E-mail/PDF: gecsedi@recoverycorp.com Dec 04 2019 03:52:24      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                               TOTAL: 11

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*             Pinnacle Credit Services LLC,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC  29603-0587
                                                                                               TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 05, 2019                                           Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 3, 2019 at the address(es) listed below:
         ALFONSO G. MADRID    on behalf of Debtor Kimberly E. DeWald amadrid@clsphila.org
         LEON P. HALLER    on behalf of Creditor    PENNSYLVANIA HOUSING FINANCE AGENCY lhaller@pkh.com,
          dmaurer@pkh.com;mgutshall@pkh.com
         REBECCA ANN SOLARZ    on behalf of Creditor    PENNSYLVANIA HOUSING FINANCE AGENCY
          bkgroup@kmllawgroup.com
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
         WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
          philaecf@gmail.com
         WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
```

```
District/off: 0313-2          User: Virginia              Page 2 of 2              Date Rcvd: Dec 03, 2019
                              Form ID: pdf900             Total Noticed: 17
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
                                                                                              TOTAL: 6

**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>KIMBERLY E DEWALD | Chapter 13 |
| Debtor | Bankruptcy No. 19-13578-ELF |

# O R D E R

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**Date: December 3, 2019**

_____
Eric L. Frank
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
ALFONSO G MADRID, ESQ.
757 SOUTH 8TH ST

PHILADELPHIA, PA 19147-

Debtor:
KIMBERLY E DEWALD

3400 LESTER RD

PHILADELPHIA, PA 19154-